IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 18–cv–00434–KMT

VICKI HALL,

    Plaintiff,

v.

DONNA HILDERBRAND,
DONNA HILDERBRAND, INC., and
RE/MAX PROPERTIES, INC.,

    Defendants.

---

# ORDER

---

This matter is before the court regarding the currently scheduled status conference, the lack of a unified proposed scheduling order and the court's recent Order concerning the defendants' two motions to dismiss.

In light of the representations in Plaintiff's publicly filed "Motion for request of extension of time to file" [Doc. No. 46] at paragraph 3, the status hearing scheduled for September 30, 2019 at 11:30 a.m. will be held over the telephone and neither the Plaintiff nor the attorneys for Defendants (in order to ensure equal treatment of all the litigants) will be allowed into the courthouse.

The court has an obligation to protect all persons having business before the court against unwarranted health and safety risks in the courtroom and to ensure the courthouse remains open

and available to the public during regularly scheduled business hours.  See

https://www.newsweek.com/courthouse-bed-bugs-lawyer-1320406.

Further, in a telephone conversation with this court's law clerk this day, Plaintiff stated that she had boxes of documents which habitually reside in the passenger seat of her car to which she needed access for the hearing.  Plaintiff claimed to be unable to convey the boxes from her car to the courtroom.  Therefore, the court finds that in addition to public protection from the obvious health and safety concern with bringing parasitic insect-infested boxes into a courtroom, requiring participation by the litigants via telephone will also facilitate the Plaintiff's ready access to her documents for use during the hearing if required.

Therefore, it is **ORDERED**

Counsel for the Defendants, Donna Hildebrand and Donna Hildebrand, Inc. shall initiate a conference call using a LAND LINE telephone with the Plaintiff at the number she lists in her pleadings and then contact chambers, 719-575-0328, at the scheduled time.  Given the Plaintiff's unique circumstances, Plaintiff **is allowed** to use her cellular telephone to participate in the hearing in spite of the court's usual standing order that cellphones are not permitted for telephone hearings.  If either party does not answer the telephone or otherwise participate in the conference call, that party will lose their opportunity to participate in the status conference.

Dated September 24, 2019.

BY THE COURT:

Kathleen M Tafoya
United States Magistrate Judge